JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS MACKENZIE, | ) | Case No. 8:21-cv-01852-VBF-JC |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| BRANDON PRICE, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and this action are dismissed without prejudice.

DATED: September 30, 2022            /s/ Valerie Baker Fairbank
                                     _____
                                     Hon. VALERIE BAKER FAIRBANK
                                     Senior United States District Judge